[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No.  12-16308
Non-Argument Calendar
_____

District No. 9:11-cv-80696-KLR


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EDWARD KLEIN,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Southern District of Florida
_____
(October 2, 2013)

Before WILSON, HILL and ANDERSON, Circuit Judges.

PER CURIAM:

Having reviewed the record and considered the facts and legal arguments presented in the briefs of the parties, we affirm the district court in all respects related to this appeal for the reasons stated by the district court in its order.

**AFFIRMED**.